ORIGINAL

FILED IN CLERK'S OFFICE
Atlanta
AUG 13 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VALERIE FARLEY, :

      Plaintiff, :

vs. : CIVIL ACTION, FILE
   NUMBER 1:07-CV-241-CC

PUBLIX SUPER MARKETS, INC., :

      Defendant. :

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Valerie Farley and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court to deny an order granting Defendant summary judgment. For the reasons more fully set forth in Plaintiff's Memorandum of Law, the deposition of the Plaintiff, Valerie Farley, Declaration of Valerie Farley, interrogatories, for the entire record taken as a whole shows genuine issues of fact pertaining to liability, to-wit:

1. Did the Defendant have actual and/or constructive knowledge of the ants at the Deli Department on December 20, 2004?

2. Did the Defendant warn the Plaintiff of the existence of the

hazard (ants) prior to her fall?

3. Is there evidence shown by the Defendant of its adherence to the customary inspection procedures in the condiment or deli area of its store; did defendant have reasonable inspection procedures in place on December 20, 2004?

4. Did the Defendant provide a safe and ready safe business premises to the Plaintiff?

5. Did the Defendant's acts and/or omissions cause injury to the Plaintiff for the issue of causation is also an issue in the record.

Accordingly, Plaintiff respectfully requests the Court to deny the Defendant's Motion for Summary Judgment.

                                            Charles E. Muskett
                                            Ga. State Bar No. 532800
                                            Attorney for Plaintiff

1103 Cleveland Avenue
East Point, Georgia 30344
(404) 766-7109

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in the Times New Roman (14 point) font, as approved by the Court in LR 5.1B.

_____
Charles E. Muskett
Ga. State Bar No. 532800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VALERIE FARLEY, :

    Plaintiff, :

vs. : CIVIL ACTION, FILE
    NUMBER 1:07-CV-241-CC

PUBLIX SUPER MARKETS, INC., :

    Defendant. :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing pleading to opposing counsel by depositing a copy of same in the United States Mail with sufficient postage affixed thereto to ensure delivery, addressed as follows:

    Gene Major, Esq.
    Fain, Major & Brennan
    100 Glenridge Point Parkway
    Suite 500
    Atlanta, GA 30342

This 13th day of August, 2007.

                                        Charles E. Muskett